IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Southern Division

H.P.,

    *Plaintiff*,

                              6:24-CV-03149-MDH

V.

AGAPE BAPTIST CHURCH, INC. *et al.*,

    *Defendants*.

### SECOND MOTION FOR ENLARGEMENT OF TIME TO EFFECT SERVICE

The plaintiff hereby makes this second motion under Rule 4(m) to extend the time to effect service. Fed. R. Civ. P. 6(b)(1)(B).

The complaint [Doc. 1] was filed May 16. The original service deadline was August 14 (summonses were issued June 28). *See* Fed. R. Civ. P. 4(m). Upon the plaintiff's motion, the Court extended that deadline until October 18 [Docs. 10, 11].

Rule 4(m) allows for the extension of time for service. The defendants in this case face multiple similar lawsuits and claims; they will not be prejudiced by the extension requested here. Counsel has worked to obtain waivers for two defendants, but requires additional time to accomplish that with respect to the rest of the named defendants.

FOR THESE REASONS, the plaintiff prays that the Court will SUSTAIN this motion, and order December 13 as the new deadline to effect waivers of service.

Respectfully submitted,

*/s/ Jarrett A. Johnson*

Jarrett Aiken Johnson, Mo. Bar # 42481
McGONAGLE SPENCER GAHAGAN, PC
4505 Madison Avenue
Kansas City, Missouri 64111
816-875-5754
jarrett@mcgonaglespencer.com

ATTORNEYS FOR PLAINTIFF